THOMAS F. PITARO, ESQ.
Nevada Bar No. 001332
1212 S. Casino Center Blvd.
Las Vegas, Nevada 89104
(702) 382-9221
Attorney for Defendant
**WILLIAM BONAPARTE**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM BONAPARTE,<br><br>Defendant. | Case No. 2:12-CR-00132-MMD-RJJ<br><br>**DEFENDANT'S MOTION TO CONDUCT A PRE-PLEA PRE-SENTENCING INVESTIGATION REPORT AND PROPOSED ORDER** |

  **COMES NOW** the defendant, **WILLIAM BONAPARTE**, by and through his attorney of record, **THOMAS F. PITARO, ESQ.**, and hereby moves this Court request a Pre-Plea Pre-Sentence Investigation Report be prepared by the Probation department.

  1. The defendant is charged in a 10 count Indictment stemming from several alleged armed robberies. The defendant is unsure of his prior convictions and believes that his criminal history could be anywhere from a level 1 to a level 3. The disparity in a potential sentence between these criminal history levels is substantial, and what possible sentence the defendant will face will highly effect negotiations and the ability to work out a potential guilty plea.

  2. Undersigned counsel therefore respectfully requests an order that the Department of Probation conduct a pre-plea pre-sentence investigation report to determine the Defendant's criminal history category as soon as possible.

3. Undersigned counsel has spoken to the prosecutor, Assistant United States Attorney Cristina Silva regarding this request and she has no opposition.

**DATED** this 4th day of March, 2013.

          /S/ Thomas F. Pitaro
**THOMAS F. PITARO, ESQ.**
Nevada Bar No. 001332
1212 S. Casino Center Blvd.
Las Vegas, Nevada 89104
Attorney for Defendant
**WILLIAM BONAPARTE**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM BONAPARTE,<br><br>Defendant. | Case No. 2:12-CR-00132-MMD-CWH<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the Probation Department will prepare a Pre-Plea Pre-Sentence Investigation Report on Defendant William Bonaparte.

**DATED** this the 5th day of March, 2013.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

Law Office
of
Thomas F. Pitaro
330 S. Third Street
Suite 860
Las Vegas, NV 89101
(702) 382-9221