# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　Respondent/Plaintiff<br><br>v.<br><br>William Bonaparte,<br><br>　　　Petitioner/Defendant | 2:12-cr-00132-JAD-CWH-2<br><br>**Order Directing Response** |

On December 14, 2016, petitioner William Bonaparte filed a § 2254 motion to vacate his §924(c) conviction and sentence, arguing that they are no longer valid in light of the United States Supreme Court's decision in *Johnson v. United States*,[1] in which the Court held that the ACCA's residual clause is unconstitutionally vague.[2] Rule 4 of the Rules Governing Section 2255 Cases in the United States District Courts directs me to promptly examine § 2255 motions and, unless it plainly appears that the movant is not entitled to relief, direct the government to file a response. Having reviewed Bonaparte's motion and the record in this case under this standard, I find that a response is warranted.

IT IS HEREBY ORDERED that **the government must file a response to Bonaparte's motion [ECF No. 198] by February 19, 2017.** Bonaparte will have 30 days from service of the government's response to file a reply.

Dated this 4th day of January, 2017.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] *Johnson v. United States*, 135 S. Ct. 2551 (2015).

[2] ECF No. 198.